# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIRE ELORM TAMAKLOE,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 1:20-cr-114-WMR-CCB-5 |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [Doc. 619], which recommends that Defendant's Motions to Suppress [Doc. 428], as supplemented by Doc. 470, be DENIED AS MOOT. No objection to the R&R has been filed.

## I.     LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R & R that is the subject of a proper objection. *Id.* As no objection to the R & R has been filed in this case, the clear error standard applies.

1

## II.   CONCLUSION

After considering the Report and Recommendation [Doc. 619], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Suppress [Doc. 428], as supplemented by Doc. 470, is **DENIED AS MOOT**.

IT IS SO ORDERED, this 25th day of May, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE