*To Whom It May Concern:*

My name is Morgan Walden. I am writing this letter on behalf of Desire Tamakloe, who is a close friend of mine. I am writing this letter to let the people of the court to know that he is an outstanding person, businessman, and father.

Throughout the years that I've known him, he has been an exceptional father to his two sons, as well as a father-figure to the many other children in his life. Raising his children is one of the most important things to him. Due to the court's decision to put him on house arrest, he's missed out on several imperative events in his son's lives. I know how that has negatively impacted him and we've all been praying for the house arrest to be lifted so he can spend more time with his kids and attend their extra-curricular activities.

We have known each other for over seven years and throughout our time of knowing each other, he has been an amazing friend to me. He is a stand-up guy that comes through for all his friends and family members. He is very reliable. Desire is not known to be a troublemaker of any kind and would not put his or his family's name at risk in any type of way.

Desire Tomakloe is a person who helps in our community often. Since being on house arrest, he's arranged to give back to the kids and families in Atlanta and surrounding areas. He gives back to every kid that he comes across that may be in need. Around Christmas time, we sponsored Christmas for about 7-10 single moms. Throughout the years, we've made it our business to give back to our community in many ways. One of the main ways he gives back is preparing food and giving it out to the homeless, not just on the holidays, but on regular days too. He does not give back for any recognition, he does it from the heart and to me, that's what counts and means the most.

Mr. Tomakloe is highly respected amongst our friend group, his family members, and in the city of Atlanta. You don't meet many men like him. There has never been a time that I've needed him and he has not helped me. He is one of the most dependable friends I've had in a very long time. Watching him elevate and grow as a man has been such a fulfilling feeling. He is growing more and more into a leader that our community, friend group, and his family needs. Although he's made a few mistakes throughout his life, he is a man who I would suggest other men and boys to look up to.



Exhibit 1

   I hope this letter reaches the right person/people and it all works out in his favor. He is well-deserving of his freedom, and I am 100% certain that he will continue to walk a straight line and do what's right by the law. Some people don't get second chances, but I pray that he receives a second chance to prove to the people of the court that he is capable of doing what's right. Thank you for taking the time out to read my letter!

Kind Regards,

*[signature]*

**Morgan** Walden
770-802-3717
**Morg**zw92@gmail.com