Raymond Barrant
barrantraymond@gmail.com

4048387836

To Whom It May Concern

I have had the pleasure of knowing Desire Tamakloe for the past five years. He has been a friend and a mentor since I migrated to the United States. Initially, we met at church and bonded over our interest in soccer. Throughout the years of our friendship, he acquainted me with his remarkable attributes, and I have always been impressed by his character. Desire has continually treated me with respect and has offered good advice. He provided a great source of encouragement to pursue my ambitions of obtaining a degree. For a young adult who needs guidance, Desire sets a great example of what it means to be a man by caring for his children and family. He is the definition of selflessness as he goes above and beyond for everyone around him.

As a friend, Desire is personable, helpful and trustworthy. He has been there on countless occasions to support me with different aspects of my life. In the initial years of my relocation to the area, I experienced a great depression. Desire would invite me to have dinner with his family on Sundays and this response would provide a safe space to ameliorate some of the depression I was experiencing from homesickness. He would also provide pointers on how to navigate any problems I was dealing with. Desire possesses the capabilities to help me build confidence and resilience. He continues to actively try to create an even better version of himself for his friends and family. Knowing him is a privilege, and I can confirm that Desire is a man of his word and the embodiment of a good man.

Please feel free to contact me if you have any further questions.

Best Regards,

Raymond Barrant

Exhibit 2