Sarah traore
2470 Cheshire bridge road northeast
Atlanta Georgia 30324

Dear honorable judge

It is with great enthusiasm that I am writing this letter to ask for your leniency on behalf of my friend and brother Desire Tamakloe who is pleading guilty to the charge of accusation.

Desire Tamakloe is not just a friend to me, but also a brother. He is one of the most caring and loving person I have ever met in my entire life. He is always ready to help people around him without expecting anything in return.

We have been neighbors for around 2 years. So I was seeing him very often. He would invite me to his place to eat, I'll sometimes bring some food to him as well and we will always share some good laughter.

One thing about Desire is that he doesn't want to see the people around him sad about his situation! So he will always distract us by sharing some jokes!
Desire has 2 amazing sons that he loves, cherishes and brags about!

He is always spending time with his sons at home and especially at the gym ! He is a devoted father to his sons and his dedication to his family is incredible.

I am pleading on his behalf that you please grant him leniency and mercy. For these past 2 years I've seen him grow as a friend , a brother , a dad. And I believe that he learnt his lesson from these 3 years that he has been on house arrest.

Please, honorable judge Ray, I am begging for your forgiveness and mercy.

I hope and pray that you will consider my request.

Sincerely

Sarah Traore

Exhibit 3