Gmail    Michael Sterling <mike@mikesterlinglaw.com>

**Fwd:**
1 message

Desire tamakloe <desiretamakloe@gmail.com>    Wed, Apr 12, 2023 at 3:08 PM
To: Michael Sterling <mike@mikesterlinglaw.com>

---------- Forwarded message ----------
From: **Mohamed Traore** <mohamed.traore18@gmail.com>
Date: Wednesday, April 12, 2023
Subject:
To: Desiretamakloe@gmail.com

Dear Judge,

   I am writing this letter on behalf of Desire Tamakloe. Desire didn't even ask me to write this letter and I'm pretty sure that goes for the many other people who are also writing characteristic letters about him. I met Desire about a year and a half ago but it seems as if I knew him my whole life. From day one, Desire treated me as if I was his brother and showed how genuine he was from the way he made me feel welcomed around him. I remember when I first met him I had a feeling that Desire was special. I saw the way everyone looked up to him and how it was always people around him. I thought I would feel out of place when I first came around but it is because of Desires' caring spirit that made me feel at home every time. It didn't take me long to have real love for Desire, not because he was supporting me, but the way he did it and how genuine he was with everything he did. Even though I was close I watched Desire from afar and saw how this is how he treated everyone! It doesn't matter who is around him, he makes sure everyone is happy and makes sure that people know he is there for them. Desire does little gestures that may seem small but to the eyes of others is very big. He has two kids who love him and who for sure believe their Dad is Superman because of how he takes care of his entire family and friends around him. Desire is a key asset to society and he does so much good in this world. There's many people who need him solely for his character and nothing else because everything else is a plus. I'm just Desire's friend but I also believe I need him around due to the fact that I know he does so much good for others on a daily basis. I know God is happy with Desire and will continue to protect him because it's only a few people that he blesses to bless others. Desire is a blessing!

Sincerely,
Mohamed Traore

Exhibit 4