Gmail                                                                           Michael Sterling <mike@miketsterlinglaw.com>

**Fwd: Letter to the Judge**
1 message

**Desire tamakloe** <desiretamakloe@gmail.com>                                       Wed, Apr 12, 2023 at 1:12 PM
To: Michael Sterling <mike@miketsterlinglaw.com>

---------- Forwarded message ----------
From: **Alexus Brinson** <abrinson112@gmail.com>
Date: Wednesday, April 12, 2023
Subject: Letter to the Judge
To: desiretamakloe@gmail.com

To who this may concern,
Good afternoon. My name is Alexus Brinson and I am a close friend of Desire Tamakloe! I have known Desire since I moved to Atlanta in 2017 and we have created a wonderful bond from that day on, I believe it is safe to say that he's someone I'd call a best friend. He's never let me down, has always been one I could call on whether that be to just vent or I needed help. No matter what, he has never judged me and I appreciate him so much for that! Desire has continued to be one of the most loving and caring individuals I have met since i have moved here, not once has he changed. He has always supported my business and never hesitated to tell me if I was shorting myself. One thing that I absolutely must add, would be the admiration and respect I have for him as a father. The love I see he has for his children is indescribable. I've watched him mold and show his children the right way, to never give up, to stay strong, and to always believe in themselves but most importantly he has shown them that no matter what position he may be in they will forever has his support and love for as long as they may live. I've watched Desire teach his sons boxing, got them a coach and still remained present during the entire process. Now, this may not sound extravagant but if you had the opportunity to see the way his children look at him in such high regard, how they want him to be proud of them, and how they light up by just being in his presence; you'd understand how much of a man it takes in order to be such an amazing father! I know that Desire has not always made the best choices in life but that's what life is about: To make mistakes because those very mistakes mold you into a better person. I've watched him care for others that should not deserve a genuine soul as his but never did he complain. Desire is so full of life, I love watching him dance, he has such a loving and honest spirit. He's not perfect but he's my favorite person, he's my comfort zone, a sweet teddy bear. Allah took his time making Desire Tamakloe and I'll continue to have his back until there are no more days to count. I'm a lucky woman to have such an amazing friend in my life. I ask that you understand who Desire is and what he means to the ones that are here.

God bless,
Alexus Brinson

Exhibit 5