Dear Honorable Judge William Ray,

I am a close friend and I would personally like to shine a light on Desire Tamakloe's character. When I met Desire in 2020 I was 23 and had been a victim of spousal abuse. I had no family to turn to and was struggling with raising my then 18 month old and deaf-autistic three year old. As a father and protective older brother, Mr. Tamakloe sympathized with me and took me under his wing when I was at my lowest point. Because of him I am a better parent and stronger mentally and spiritually. Through Desire I learned to forgive all the wrong that has been done to me and learned to embrace the future as it is for my children. He has always treated me as if I was one of his own sisters, constantly uplifting me and reassuring me that all suffering cannot last always as long as you have trustworthy and devoted people by your side. Even while caring for his own boys Mr. Tamakloe never denied me help when I had no one to turn to. Sometimes going as far to helping me by watching my kids while I worked overnight to provide for them.

Now, 3 years later I do not consider him as a friend but as a brother. His name has become synonymous to that of the Easter bunny or even Santa Klaus amongst my young children who he has helped me to raise. There has never been a time where I couldn't count on him to be there for me and my family mentally, physically and emotionally. He is this way with everyone he loves. I admire watching him with his own sons who are in currently between the ages of 11 and 14. Even when they've done wrong it's admirable to see how he guides them whilst respecting their agency to make their own decisions. It is because of how great a father he is that they rarely make wrong decisions. I believe that him being there in the flesh for his own children at this point in their lives is extremely needed for their development. I do not wish to see him removed from his children no less my very own. He makes everyone around him feel cherished, uplifted motivated and I'm not sure how his family would recover in his absence.

Please consider my personal account of Mr. Tamakloe's character and will to be a devoted son, doting father, supportive friend and law abiding citizen upon the day of his sentencing. I understand that mistakes have been made and everyone must be held accountable for their actions but I do believe Desire Tamakloe has more than enough intent to stick to the straight and narrow path for the sake of his family however extended. Sincerely,

Emily Bush

*emily bush*


Exhibit 6