Angela Pagan
3478 Lakeside Drive Ne
Atlanta, Ga 30326

April 11, 2023

To whom it may concern:

My name is Angela Pagan and I am a good friend and neighbor and have known Desire Tamakloe for majority of my time 2 years living in the Amli community. I am aware of his case and consider Mr. Tamakloe to be a very kind, giving and helpful neighbor. This is my reason I am happy to write a reference letter in regards to the matter. I understand the seriousness of the matter, and hope the court will show leniency, as we as young adults learn and grow from our past mistakes and strive to be better.

In addition to our friendship he has opened his home to me and introduced me to his children and see he is an outstanding father and friend with the love, kindness and hospitality he has shown. Although it is unfortunate that he has made a mistake in the pass, I believe he has learned from his actions and believe he is ready to move forward and emerge as a better person.

I sincerely hope the court takes this letter into consideration and based on my time knowing Mr. Tamakloe I believe he deserves another chance.

Sincerely,
Angela Pagan

Exhibit 7