Gmail

**Michael Sterling <mike@miketsterlinglaw.com>**

**Fwd: letter for Chubby**
1 message

**Desire tamakloe** <desiretamakloe@gmail.com>  Wed, Apr 12, 2023 at 10:05 AM
To: Michael Sterling <mike@miketsterlinglaw.com>

---------- Forwarded message ----------
From: **Houstonbraidstyle Braids** <houstonbraidstyleb@gmail.com>
Date: Tuesday, April 11, 2023
Subject: Re: letter for Chubby
To: "desiretamakloe@gmail.com" <desiretamakloe@gmail.com>

On Tue, Apr 11, 2023 at 10:33 PM Houstonbraidstyle Braids <houstonbraidstyleb@gmail.com> wrote:
To the Honorable Judge William Ray,

I'm writing this letter in favor of Desire Tamakloe, I would like to bring to your light the kind of person that he is despite he has been found guilty of a crime and he is awaiting sentencing.

I would like to introduce myself as Marina Claude, I have known Desire Tamakloe as a friend for two years, and in that time I have seen many aspects of his personality. He has always been extremely kind, dependable and generous towards everybody around him. He is not only a good friend but he is also a great father to his son.

I understand that he has made some bad decisions, but I can say with total confidence that Desire is incredibly remorseful for what he has done and he is a better person now as he even built a successful clothing brand.

It is in my sincere hope that you take this letter into consideration at the time of sentencing. Despite the current case, I still believe Desire deserves a second chance.
Sincerely,

Marina Claude


Exhibit 8