FROM: KOURA YASMINE SOUMAHORO
3410 ALEXANDER RD, APT 714
ATLANTA, GA 30326
470-343-9617

MEMORANDUM FOR ALL REVIEWING AUTHORITIES
TO THE HONORABLE JUDGE

SUBJECT: Character Statement for Desire Elorm Tamakloe

    My name is Koura Yasmine Soumahoro, I am writing on behalf of Desire Elorm Tamakloe, whom I had the pleasure of knowing for a longtime to defend his good judgement. I met Desire in high school at the start of our freshman year. We have remained good friends for the past 14 years and have even become close enough to see each other as family. During this tenure, Desire demonstrated numerous qualities as a valuable member in our society. He has always been known to be caring, sensible, empathetic, generous and protective of others. In addition to this I have observed him numerous times being polite, hard-working and always willing to help you when in need.
    After, I was informed of his actions I sat in shock because I can assure you this is something so drastically out of character for him. Desire has always been an honest and trustworthy friend whom I can entrust anything with whenever I'm in need of something. He is a very social person who has always gotten along with others because of he's personality and attitude which always brings out the best in others. He made a mistake, a grave one, and one he is paying for all on his own right now. He suffers and in turn so does his family.
Under this pretext, I strongly recommend Desire as a more than suitable person. This is my personal testimony of my judgment of his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case and grant him leniency.

Thank You,
Best regards,

Signature _____   Date: April 11, 2023

Exhibit 9