Dear Judge,

I am writing this letter given my dear friend, Desire Tamakloe. I want to bring to your light the kind of person that he is despite the grave allegations that he has faced in recent time.

I have known him for the past seven years as a friend. He is a true gentleman and is always true to his words. His enthusiasm has led to many good works in society.

I am very well aware of the charges that he is facing and the consequences of those but looking at the current situation of the bereaved family, and I would like to plead for leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it.

I hope you look into this matter and consider this character reference letter before passing on any verdict. Desire will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society again.

Sincerely,

Markel Johnson

*Markel Johnson*

Exhibit 10