Gmail                                    Michael Sterling <mike@miketsterlinglaw.com>

## Fwd: Adu letter to judge
1 message

**Desire tamakloe** <desiretamakloe@gmail.com>                        Wed, Apr 12, 2023 at 10:00 AM
To: Michael Sterling <mike@miketsterlinglaw.com>

---------- Forwarded message ----------
From: **Adu Clothing Co.** <aduclothingco@gmail.com>
Date: Wednesday, April 12, 2023
Subject: Adu letter to judge
To: desiretamakloe@gmail.com

Dear Honorable Judge,
I am writing to express my support for my dear friend, Desire, and to share with you my personal experience of working with him as his creative director for his clothing brand.
First and foremost, I want to attest to the fact that Desire is a good person. He is kind, honest, and always willing to help others in need. He has a genuine concern for the well-being of those around him, and he strives to make a positive impact on everyone around him. I believe that his good nature is reflected in the way he runs his business, as well.
As his creative director, I have had the pleasure of working closely with desire on various projects. I can say with confidence that he is a great boss. He values creativity, innovation, and hard work, and he provides us with the tools and resources we need to succeed. He is always open to new ideas and suggestions, and he encourages us to think outside the box. He is a great motivator, and he inspires us to do our best work.
Moreover, Desire is focused on making himself better every day. He is constantly seeking to learn and grow as a person and as a business owner. He takes feedback well and uses it to improve himself and his brand. He is dedicated to his craft and is always looking for ways to innovate and push the boundaries of what's possible.
In conclusion, I believe that Desire is a valuable member of our community, both personally and professionally. He is a good person, a great boss, and an inspiration to those around him. I hope that you will take these words into consideration when making your decision.
Thank you for your time.

Sincerely, Samuel adu

--
Thank you,
Adu Clothing Co.

Exhibit 11