To Whom It May Concern,

I have known Desire for several years now. He is such a great friend, and I look to him as a big brother. Desire is someone I can always go to and count on for advice, every time I need to talk he is always there. I graduated from Illinois State University in 2021, and when I moved to Atlanta I had trouble getting a job related to my public health background. Desire helped me practice for all of my interviews which helped me land my job as an implementation specialist.

We would stay up and practice on interviews for hours so that I can land a job relating to my field. Another great thing my brother did for me is being there for me throughout college, I can always count on him to help me prepare for any presentations that I would have in college. Being a public health major meant that I always had to do presentations, and Desire would sit on facetime with me for hours just to listen to my presentations and give me advice on what I can work on. He always motivates me to keep going and to never give up no matter what. We both come from an African background, which is why we also relate so much.

Desire is a huge family person, and when you are close to him, you are able to see how much he loves his family. Moreover, he treats his friends as family, which is why I see him as a big brother. Desire is very dependable, thoughtful, understanding, and diligent. He is someone I can rely on and trust. My favorite thing about Desire is how caring and optimistic he is, he always finds the brighter side to everything, and he cares so much about being there for everyone in his life. Also, Desire is very kindhearted, and I appreciate all of our motivational talks and how he lifts me up when I am feeling down. Despite the current circumstances, Desire Tamakloe is a very great man, friend, father, son, and brother and I hope this letter will be taken into consideration.

Sincerely,
Salimatou Bah

Exhibit 12