# DOXA MUSIC GROUP



Elisha Amponsah Adjei

April 12, 2023

info@doxamusicgroup.com
Olmenlaan 27,9520 Sint-Lievens-
Houtem, Belgium

DOXA MUSIC GROUP.

_____

**To :**

**The Honorable Judge,**

_____

Re: Desire Tamakloe

I have known Desire Tamakloe as a good friend and neighbour back in Brussels, Belgium for over ten years. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Desire Tamakloe regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

Desire Tamakloe has always been an upright character in the community. In our friendship, he has really been there for me, especially when the company I worked for closed. He made it a point to be there and show a significant amount of support during a sudden and arduous job search. It was Desire Tamakloe that was a source of camaraderie for both me and my family. He has truly been a good friend over the years.

In addition to our friendship, he was usually an upstanding member in the neighbourhood. I believe that as we move forward, he will emerge a better person. In short, Desire Tamakloe expressed deep sense of remorse and I believe in his ability to always behave in a correct manner.

It is my sincere hope the court takes this letter into consideration at the time of his hearing. Despite the current case, I still believe Desire Tamakloe to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

*Amponsah*

**Elisha A Adjei**
C.E.O

Exhibit 13