Ignatiusa' Barnes

April 10, 2023

I am writing this letter in hopes that it will help you to see what kind of person Desire Tamakloe is despite the transgressions that led us to this point. I have known Desire as a good friend and amazing father to his children for over five years. I was both troubled and surprised to hear about his recent case as he has always been a very dependable and honorable man.

As a father, I've watched Desire dedicate his morning and nights to training his boys. Providing them with the best coaches while being by their side every step of the way. From my apartment I can hear when he gets up and helps them get ready for school, always having them engaged in sports and learning. Desire takes time to feed and help the less fortunate and has never said no to a person in need.

I can tell you without a doubt that Desire is incredibly remorseful for what he has done, he has expressed this too many times and I believe it has been reflected in his efforts to make amends to the court. It was a huge mistake that Desire deeply regrets, but deserves a second chance. I hope you can find it in your heart to give him one.



Exhibit 14