Gmail

Michael Sterling <mike@miketsterlinglaw.com>

## Fwd: Letter for judge
1 message

Desire tamakloe <desiretamakloe@gmail.com>  
To: Michael Sterling <mike@miketsterlinglaw.com>

Wed, Apr 12, 2023 at 9:54 AM

---------- Forwarded message ----------  
From: **lucinda tamakloe** <lucinda7tamakloe@gmail.com>  
Date: Wednesday, April 12, 2023  
Subject: Letter for judge  
To: desiretamakloe@gmail.com

To the honorable judge

I am writing this letter to plead on my brother's behalf. It could be said that I'm biased due to Desire being my brother, but he is one of the best people I know, even when he annoys me. As kids we didn't grow up together and this can often lead to division and conflicts between family, as I have witnessed in other families. However, this wasn't the case for us and I'm extremely grateful to God for that. From the moment my sisters and I stepped foot into this country, our brother was there for us each step of the way. There was an instant connection and force that pulled us close to him without any reservations. He not only looked after us when our dad was at work but he created an environment where we each felt we could be ourselves without judgement. He would encourage us when we felt as though we wouldn't fit in. We would talk about our day, laugh, and always have dinner together. As an adult, having grown up beside him, I am marveled by the person he has become. You hear about people who face adversity but having it be someone you know is truly different. My brother has remained positive, caring, and loving through all the obstacles he has encountered. From being abused as a child and treated as though he didn't matter to his current situation now; he has tried to remain positive and strong, but I know it weighs heavily on him, but that's just the type of person he is. He is always thinking about the people that depend on him and would rather be strong in the face of adversity. He has taken on the responsibility of raising his son since he was just one year old and has been a constant presence in his life. He has made it his goal to show his son as much love and care that he lacked as a child. He has taken people in and helped them when they didn't have anyway to go treating them with respect and as family. During this period, he was committed to being healthy and present in all aspects of his life. He has reconnected with family new and old in hopes of building a connection for the new generation as we are so widespread. He started boxing as a way to manage his

Exhibit 15

diabetes but it has transitioned to something more. It has become more about teaching children and providing them with a safe environment to train and perfect their skills. He even roped me in, and would have me dropping and picking kids up from practice, and when we talk about our dreams and goals he excitedly speaks about his dream of one day opening a gym accessible to kids who parents might not be able to provide them with the opportunity. I say all this as a testament of who my brother is, but like any human, he also has his flaws. He hasn't always made the best decision, but I believe he has learned from his mistakes and looks forward to a day when he can make a long-lasting impact on his community. I hope this letter from a loving sister who knows her brother's heart to be true and pure will help you see him for who he is and not his mistakes. He is a human being and I hope that you please take that into consideration when deciding his faith.

Sincerely

Lucinda Tamakloe