To the Honorable Judge,

I am writing to plead for mercy on behalf of Desire Tamakloe. I understand that he has been found guilty of a crime and is awaiting sentencing. However, I implore you to consider his character and the positive impact he has had on his community.

Desire Tamakloe is a kind, generous, and humble person. He is always willing to lend a helping hand and has a heart full of compassion. He is not only a great friend to those around him but also a devoted father to his sons. His dedication to his family is unwavering, and he is constantly striving to be the best possible role model for his children.

Desire is an inspiration to everyone who knows him. His positive attitude and unwavering work ethic have helped him to build a successful clothing brand. He has poured his heart and soul into his business and has achieved great success through his hard work and determination.

I understand that Desire has made a mistake, but I believe that he deserves a chance at redemption. He has already demonstrated his willingness to take responsibility for his actions and has shown remorse for any harm he may have caused. Desire is a valuable member of his community, and his absence would be deeply felt.

In conclusion, I respectfully request that the court considers Desire's positive contributions to his community and his character when making a sentencing decision. I believe that he has the potential to continue to make a positive impact on those around him, and I ask that you grant him mercy.

Sincerely,

Veronica Glenn

*Veronica Glenn*

Exhibit 16