# Fwd: Sophia Bittar Letter

1 message

**Desire tamakloe** <desiretamakloe@gmail.com>　　　　　　　　　　　　　　　Tue, Apr 11, 2023 at 8:33 PM
To: Michael Sterling <mike@miketsterlinglaw.com>

---------- Forwarded message ----------
From: **Sophia Bittar** <sophiab90.sb@gmail.com>
Date: Tuesday, April 11, 2023
Subject: Sophia Bittar Letter
To: Desiretamakloe@gmail.com

To whom it may concern,

I've known Desire Tamakloe for over 5+ years now. To say he is a good person is an understatement. Since I've known him he has been nothing but kind, respectful, and fun. I don't think there is a selfish bone in his body. Desire is always the one looking out for everyone. When ever I would see him out he always looked out for. As a young women in Atlanta I greatly appreciate that. I see how he treats his family especially his sisters and kids. He is so loving and caring. He is a genuinely good person and an even better Man. I am greatful to have a friend like him in my life. Sometimes this generation makes you feel like there are not many good people left in this worlds, but then you come across someone like Desire Tamakole and your reminded there still a few. His presence matters to so many people including me. He is the backbone of his family, and really the backbone in our community.

Exhibit 17