Gmail

Michael Sterling <mike@miketsterlinglaw.com>

## Fwd: Character Letter Deuce
1 message

**Desire tamakloe** <desiretamakloe@gmail.com>  Tue, Apr 11, 2023 at 6:46 PM
To: Michael Sterling <mike@miketsterlinglaw.com>

---------- Forwarded message ----------
From: **Deuce Caliber** <doubleupmusicgroup@gmail.com>
Date: Tuesday, April 11, 2023
Subject: Character Letter Deuce
To: desiretamakloe@gmail.com

To whom it may concern,

I met Desire in passing while living in the same building in Atlanta. Upon meeting him, I was taken aback by his loving and caring nature. As our friendship developed, I would always observe how he interacted with others ranging from his friends to his son. No matter how many people were around him, he always took the time to engage with every single person and make us feel special. At the very least, he would always ask things as simple as how was your day, and quite often this developed into questions about goals and ambitions. He's always been very light hearted, and it's clear that he loves to make people laugh. Every once in a while, he would invite me to dinners at his house and we would all Fellowship while kids from the complex played video games and ran around. Although I do not have children myself yet, I picked up so much from watching Desire interact with his son. The time he spent with them, the way he nurtured them, and even the way he spoke to them created a dynamic of love that I hope to have with my own children one day. Anyone around Desiree can tell you that above all things, he takes pride in being a father and he keeps his son busy. I was shocked when I found out he had a personal trainer to help him learn the sport of boxing as well as a gym that they go to to spar. I asked why he's so passionate about keeping his son busy and he said "this is all I have. Discipline is going to be his strongest weapon". I've learned a lot about life observing Desire and I'm proud to say he's become a brother to me.

Best,
Edem Kwame

Exhibit 18