Gmail        Michael Sterling <mike@miketsterlinglaw.com>

**Fwd: Court letter from juju**
1 message

Desire tamakloe <desiretamakloe@gmail.com>            Tue, Apr 11, 2023 at 6:46 PM
To: Michael Sterling <mike@miketsterlinglaw.com>

---------- Forwarded message ----------
From: **Jainaba Darboe** <snatchedbyju@gmail.com>
Date: Tuesday, April 11, 2023
Subject: Court letter from juju
To: Desiretamakloe@gmail.com

Dear Judge

I have been friends with Desire Tamakloe for years and I know him to be a great father. Great son and an amazing friend. I beg of the court to have mercy on him, and gave him a second chance. He has help the community so much in so many ways we need him. He is a smart, ambitious, great father and overall has an amazing spirit, Desire Tamakloe deserves a second chance at freedom and to show the court he is a complete changed man. He never misses anything that has to do with his family, friends or children he is there number one supporter, He is becoming a better person every day, for himself, and working towards a great life for the future. I pray that the court can have leniency and mercy on him.

Zainab Darboe

Exhibit 19