April 11, 2023

To whom this may concern,

This letter is on behalf of my friend, Desire Tamakloe, whom I've known since 2014. Ever since I've met him, he has been nothing short of a joy to be around. He's always happy, helpful, and he's just overall been a great friend/brother in my life. He's a great provider to his children as well as my own. Over the years he has treated my sons like one of his own. They can't wait to see their "uncle Chubby." I am aware that he has made a mistake in his past. But I do believe everyone deserves a second chance. While being on house arrest I am certain he has thought about his actions and will not make that mistake again. This experience has made him grow up tremendously and has grown to be a more responsible man. I ask the court to Please grant him mercy, so he can continue to grow and be a great member in our community.

Warm Regards and best of luck Desire,

Mia Buchanan

Exhibit 20