Anthony Okai
1005 Checkmate Court
Mableton, GA, 30126
Risonmusicmgt@gmail.com
April 11, 2023

Dear Honorable Judge Ray,

Re: Desire Tamakloe

I, Anthony Okai, solemnly declare and affirm that I am a United State Citizen and currently reside at the above-mentioned address.

I am writing this letter to support Desire Tamakloe in his legal proceeding. I have known Desire Tamakloe for eight years, and I can confidently say that he is a person of outstanding character and moral integrity.

Throughout our friendship, I have witnessed Desire Tamakloe consistently display good behavior, honesty, and respect for others. He is a compassionate and caring individual who has always shown a willingness to help others in need. He is a responsible and a reliable person whom I have seen to consistently make efforts to improve himself.

As Desire's friend, I can attest to his integrity, and I have no doubt that he will continue to be a positive influence in his community. I believe that Desire Tamakloe has learned from his mistakes and has taken the necessary steps to move forward in a positive direction.

I respectfully request that you take into consideration Desire Tamakloe's character and behavior in your decision regarding his legal proceeding. Thank you for your time and consideration.

Sincerely,

*[signature]*

Anthony Okai

Exhibit 21