Gmail                                              Michael Sterling <mike@miketsterlinglaw.com>

**Fwd: Integrity letter**
1 message

Desire tamakloe <desiretamakloe@gmail.com>                              Tue, Apr 11, 2023 at 12:40 PM
To: Michael Sterling <mike@miketsterlinglaw.com>

---------- Forwarded message ----------
From: **Kwame Banahene** <banahenek24@gmail.com>
Date: Tuesday, April 11, 2023
Subject: Integrity letter
To: "desiretamakloe@gmail.com" <desiretamakloe@gmail.com>

Dear Sir/Madam
To Whom It May Concern

I Kwame A Banahene, would like to plead leniency and also make a humble request to the court and the presiding judge to please temper judgment with mercy on behalf of Desire Tamakloe.
Desire and I have been friends over 10 years. And in that time period, I've watched a rebellious teenager then, grow up into a responsible young man with great goals and ambitions for himself and his loved ones at large. The charges rendered against him is only a reflection of a minute flaw in his decision making process as a young man. He deserves punishment as no one is above the law, yet I do believe that as time has passed, he has indeed learnt his lesson and ha[s] refrained from such activities all together.
Within the past 3 years, since the onset of the case, Desire has had a true epiphany and with that, has evolved into a much better member of society. He has truly learnt of the grave consequences of his actions, and has embarked on a journey since then to not only refrain from partaking in such diabolical events, but to also be a more effective member amongst his peers. I've also witnessed a steady increase in his relationship with God and a much more progressive approach on how he seeks to live his life as well.
I can write a whole epistle on what changes I have personally observed during the time he has been under supervise[d] detainment. I can attest to true character changes which has greatly affected not only his decision making, but also h[is] value as a member of society at large. He has garnered a deeper understanding of the consequences his past actio[ns] and thus has concluded to deviate from indulging in such escapades.
On his behalf, I'd like to plead that the court do consider all the changes that has occurred as a good reflection of a man eager to amend his ways and be a more productive member of his family and society at large.
Thank you for considering my letter today.

Sincerely
Kwame Agyei Banahene


Exhibit 22