FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 03 2023

KEVIN P. WEIMER, Clerk
By: Rebecca V Bachelor, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

DESIRE ELORM TAMAKLOE,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Case No. 1:20-CR-114-WMR-CCB
Motion to reduce sentence pursuant to 18 U.S.C§3582(c)(2) for application of retroactive USSG Amendment 821 "status points"

COMES NOW Desire Elorm Tamakloe (Tamakloe) a pro se litigant respectfully asking this Court for a reduction in sentence due to the elimination of the use of "status points".

## Procedural History

On October 13, 2022 the defendant entered a plea of guilty to Count One of the six (6) count criminal indictment, pursuant to Fed.R.Crim.P. Rule 11(c)(1)(A) and (B), before the Honorable Judge William M. Ray II. Tamakloe was sentenced with a total offense level of 21 and a criminal history category III, producing a guidelines range of 46 - 57 months.

## Analysis

The United States Sentencing Commission recently adopted proposed amendments to the Federal Sentencing Guidelines for the first time in five (5) years. The proposed amendments have a significant impact on Tamakloe's sentence. Amendment 821 makes (2) important changes to Chapter 4 of USSG "criminal history", both of which reduce the guidelines range for certain offenders. First, the amendment eliminates the use of "status points" which

are added if the defendant committed the instant offense "while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status." in certain circumstances. As amended, the "status points" provision under redesignated USSG §4A1.1(e) applies only to offenders with more serious criminal histories under the guidelines. Status points will no longer apply to offenders like Tamakloe, i.e. six or fewer criminal history points, even if the instant offense was committed while the offender was under a criminal justice sentence.

Relief Sought

Tamakloe prays that this court will resentence him without the "status points". With the removal of the "status points" Tamakloe's criminal history category will be category II, and the new guidelines range will be 41 - 51 months. On April 21, 2023 this Court sentenced Tamakloe to the low-end of the original guidelines range, he now seeks to be sentenced to the low-end of the new guidelines range of 41 - 51 months. It is thus in the interest of justice that this Court give full consideration of Tamakloe's request for reduction of his sentence to 41 months in accordance with the retroactive Amendment 821.

Respectfully submitted,

Date: 10/24/23

Desire Elorm Tamakloe

## Certificate of Service

I certify that a true original Motion to reduce sentence pursuant to USSG guidelines Amendment 821, was served or caused to be served to the Clerk of Court in the United States District Court for the Northern District of Georgia, at the following address:

Clerk of Court
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

cc: AUSA Kelly K. Connors

Date: _____                              _____

Desire Tamakloe #73127019
FCI Edgefield
P.O. box 725
Edgefield, SC 29824

CLEARED DATE
NOV 03 2023
U.S. Marshals Service
Atlanta, GA 30303

AUGUSTA GA
01 NOV 2023 PM

TO: Clerk of courts
600 US courthouse
75 Ted turner Dr. SW
Atlanta, GA 30303