Case 1:20-cr-00114-WMR-CCB   Document 966   Filed 06/04/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

United States of America
v.
Desire Elorm Tamakloe

Case No: 1:20-CR-114-WMR-5
USM No: 73127-019

Date of Original Judgment: 04/13/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Nicole M. Kaplan
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **46** months **is reduced to** **41 months**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This sentence reduction is granted pursuant to 18 U.S.C. § 3582(c)(2) based upon the retroactive application of Amendment 821 to the United States Sentencing Guidelines.

Except as otherwise provided, all provisions of the judgment dated  04/24/2023  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/04/2024

*[signed]* William M. Ray II

Effective Date: _____
*(if different from order date)*

William M. Ray, II, U.S. District Judge
*Printed name and title*